WILLIAM T. S. MONTGOMERY, individually and trading as JACK-SONVILLE BLOW PIPE COMPANY and CHARLES L. OULD-HOUSE, v. GENERAL ELECTRIC X-RAY CORPORATION, a corporation, for itself and for the use and benefit of Elsie Mackel, widow of Sylvester Mackel, deceased.

23 So. (2nd) 523                                      June Term, 1945
October 9, 1945                                        Division A
Rehearing denied November 1, 1945

*Will O. Murrell,* for appellants.

*Osborne, Copp & Markham* and *J. Henson Markham,* for appellees.

444

PER CURIAM:

The judgment appealed from is affirmed upon authority of Western Union Telegraph Co. v. Michel, 120 Fla. 511, 163 So. 86; Duval v. Ann B. Hunt, et al., 34 Fla. 85, 15 So. 876; F.C. and P. R. R. Co. v. Foxworth, 41 Fla. 1, 25 So. 338; F. C. and P. R. R. Co. v. Foxworth, 45 Fla. 278, 34 So. 276.

Affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.